Jihad M. Smaili [262219]
Stephen D. Counts [231348]
Zien Halwani [322040]
**SMAILI & ASSOCIATES, PC**
600 W. Santa Ana Blvd., Suite 202
Santa Ana, California 92701
714-547-4700
714-547-4710 (facsimile)

Attorneys for Plaintiff

Thy B. Bui [256383]
Nathan Norimoto [334835]
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
(310) 909-7775
(424) 465-6630

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SEAN ASTA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, LLC, a corporate entity form unknown; et al.<br><br>Defendants. | **Case No.: 8:21-cv-00690-CJC-KES**<br>Assigned for all purposes to the<br>Hon. Cormac J. Carney<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Parties have reached a settlement in the instant case. Plaintiff anticipates filing a dismissal of his entire action with prejudice in the next thirty days.

Dated: May 17, 2021                     **SMAILI & ASSOCIATES, P.C.**

By: _/s/Zien Halwani_____
Jihad M. Smaili, Esq.
Zien Halwani, Esq.
Attorneys for Plaintiffs

Dated: May 17, 2021                     **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: __/s/ Thy B. Bui_____

Thy B. Bui, Esq.
Nathan Norimoto, Esq.
Attorneys for Defendants

### ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 17, 2021                     **SMAILI & ASSOCIATES, PC**

By: /s/ *Zien Halwani*_____
Zien Halwani

**PARTIES' JOINT NOTICE OF SETTLEMENT**
2